IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                     No. CIV S-07-0211 RRB EFB P

        vs.

S. KERNAN, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                              /

      Plaintiff, a state prisoner without counsel and *in forma pauperis,* is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2007, the court screened plaintiff's complaint, found that it did not state a cognizable claim against defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly. The order informed plaintiff that he could either proceed with his action solely against defendants Vance, Vasquez, Bailey, and Hernandez, or file an amended complaint in an attempt to state claims against defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly. On June 8, 2007, plaintiff submitted the documents necessary for service against the former. The court construes plaintiff's election to proceed solely against those defendants as consent to dismissal of all claims against defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly.

////

1  Accordingly, it is hereby recommended that defendants Morgan, Compton, Miner,
2 Moreno, Kernan, and Kelly be dismissed from this action without prejudice.
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  December 3, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE