IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                             No. CIV S-07-0211 RRB EFB P

    vs.

S. KERNAN, et al.,

    Defendants.                 ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve a reply to defendant's opposition to plaintiff's December 17, 2007, motion to compel. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's January 17, 2008, request is granted and plaintiff's January 22, 2008, reply is deemed timely filed.

    So ordered.

DATED: March 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE