IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

      Plaintiff,　　　　　　　　No. CIV S-07-0211 JAM EFB P

  vs.

S. KERNAN, et al.,

      Defendants.　　　　　　　ORDER

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. On March 31, 2008, and May 8, 2008, plaintiff has requested extensions of time in which to file and serve an opposition to defendants' March 7, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

Plaintiff's requests are granted and plaintiff shall file and serve an opposition to defendants' motion for summary judgment on or before July 1, 2008. The court does not intend to grant additional requests for extensions of time.

So ordered.

DATED: June 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE