IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                      No. CIV S-07-0211 JAM EFB P

    vs.

S. KERNAN, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner without counsel and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 24, 2007, the magistrate judge filed an order dismissing plaintiff's claims against defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly, with leave to amend and instructing plaintiff that the court will construe his return of documents for service on defendants Vance, Vasquez, Bailey, and Hernandez as consent to an order dismissing his defective claims against defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly. On June 6, 2007, plaintiff submitted his documents for service against defendants Vance, Vasquez, Bailey, and Hernandez, and the court filed an order an order directing service on those defendants by the United States Marshal on July 9, 2007. On December 4, 2007, the magistrate judge filed

1  findings and recommendations recommending dismissal of defendants Morgan, Compton, Miner,
2  Moreno, Kernan, and Kelly without prejudice.  On December 20, 2007, plaintiff filed objections
3  to the findings and recommendations.
4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
5  304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
6  file, the court finds the findings and recommendations to be supported by the record and by
7  proper analysis.  Plaintiff was directed to submit documents for service or file an amended
8  complaint.  Plaintiff submitted documents for service on defendants against whom the magistrate
9  judge determined he had stated a claim.  Plaintiff did not file an amended complaint, though he
10 was granted leave to so do.  He cannot now complain that the court recommended dismissal of
11 defendants against whom he elected not to proceed.
12       Accordingly, IT IS HEREBY ORDERED that:
13     1. The findings and recommendations filed December 4, 2007, are adopted in
14 full; and,
15     2. Defendants Morgan, Compton, Miner, Moreno, Kernan, and Kelly are
16 dismissed without prejudice.
17 DATED: October 6, 2008

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE