IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                    No. CIV S-07-0211 JAM EFB P

    vs.

S. KERNAN, et al.,

       Defendants.          ORDER

_____/

      Plaintiff is a prisoner proceeding without counsel in this civil rights action. 42 U.S.C. § 1983. On January 11, 2008, he requested that the court direct the U.S. Marshal to serve a subpoena duces tecum on the California Department of Corrections and Rehabilitation. However, plaintiff did not provide a subpoena duces tecum from this court with his request. In an order filed September 30, 2008, the court advised plaintiff that it would grant his request if he provided the court with the required subpoena. On November 7, 2008, plaintiff complied with this court's order

      Accordingly, the Clerk of the Court is directed to forward the attached subpoena to the United States Marshal, who is directed to serve such subpoena without prepayment of costs.

DATED: November 19, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE